DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID F. DAMERAU,**
Appellant,

v.

**STEVEN H. FRIEDMAN,**
Appellee.

No. 4D18-0396

[May 24, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. CACE-13-025470 (18).

Cole M. Gale, Fort Lauderdale, for appellant.

Douglas A. Kahle and Lloyd R. Schwed of Schwed Kahle & Kress, PA, Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***